EDJOY REALTY, INC., Respondent, *v.* JOHN MULLANE et al., as Administrators with the Will Annexed of PATRICK J. MULLANE, Deceased, Appellants.

(Argued April 7, 1931; decided May 12, 1931.)

*Michael F. Dee* for appellants.

*Isidore Lapan* and *Louis E. Felix* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.